UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KARMIN BENITO DEARING,

    Plaintiff,

v.                               Case No.:  2:22-cv-705-SPC-KCD

ADRIENNE MASSANDI,
CUSTOMER SERVICE REP and
SECURITY,

    Defendants.

                                  /

## OPINION AND ORDER

Plaintiff Karmin Benito Dearing filed this action on November 3, 2022. United States Magistrate Judge Kyle Dudek granted Dearing leave to proceed *in forma pauperis* and ordered Dearing to complete and return forms for service of process by December 16, 2022. Judge Dudek warned that failure to comply could result in dismissal for failure to prosecute. Dearing has not complied, and this action cannot proceed without service on Defendants. The Court finds dismissal appropriate under Local Rule 3.10.

Accordingly, it is now

**ORDERED:**

Karmin Benito Dearing's Complaint (Doc. 1) is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to terminate all pending motions and

deadlines, enter judgment for Defendants and against Plaintiff, and close this case.

      **DONE** and **ORDERED** in Fort Myers, Florida on December 27, 2022.

                                                */s/ Sheri Polster Chappell*
                                                SHERI POLSTER CHAPPELL
                                                UNITED STATES DISTRICT JUDGE

SA: FTMP-1

Copies:  All Parties of Record